USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Himelda Mendez,

            Plaintiff,

    –v–

Sadigh Gallery Ancient Art Inc.,

            Defendant.

19-cv-11534 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    On June 9, 2020, Plaintiff received a certificate of default against Defendant. *See* Dkt. No. 16. Within three weeks of this order, Plaintiff shall move for default judgment against Defendant, pursuant to this Court's Individual Practices in Civil Cases, or file a status update with the Court explaining why a motion for default judgment against Defendant should not be filed at this time. Plaintiff is on notice that failure to do so by this date may result in her claims being dismissed with prejudice for failure to prosecute. *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

    In light of the certificate of default entered against Defendant, the initial pre-trial conference currently scheduled for June 26, 2020 is adjourned *sine die*.

    Additionally, Plaintiff must serve this order on Defendant and file an affidavit of service on ECF within one week of the date of this order.

    SO ORDERED.

Dated: June  25 , 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge