LAW OFFICE OF

# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020
```

June 25, 2020

**VIA ECF**

Hon. Alison J. Nathan, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Mendez v. Sadigh Gallery Ancient Art Inc.*, 19 CV 11534 (AJN)

Dear Judge Nathan:

    This firm represents the plaintiff in the above-referenced action. The parties have settled this matter in principle. The plaintiff moves for a stay of all deadlines until August 14, 2020, to allow the parties to finalize and execute settlement papers.   SO ORDERED.

    I thank the Court for its time and consideration.

Respectfully submitted,

*John Gurrieri*

John M. Gurrieri

SO ORDERED.   6/29/20

*[signature]*

Alison J. Nathan, U.S.D.J.