USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Himelda Mendez,

           Plaintiff,

  –v–

Sadigh Gallery Ancient Art Inc.,

           Defendant.

19-cv-11534 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties shall file a joint status report no later than September 25, 2020. Plaintiff is hereby ordered to serve a copy of this Order on Defendant and to file an affidavit of service on the public docket no later than September 21, 2020.

    SO ORDERED.

Dated: September 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge